## IN THE UNITED STATES BANKRUPTCY COURT FOR THE
## NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| **IN RE:**  Mingo-Reavers, Beatrice M | Case Number:  07 B 08608 |
| | Judge:  Goldgar, A. Benjamin |
| Printed:  8/28/07 | Filed:  5/10/07 |

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:        Ch 7 Conversion:  August 14, 2007
Confirmed:  None

## SUMMARY OF RECEIPTS & DISBURSEMENTS

| | Receipts | Disbursements |
|---|---|---|
| | 800.00 | |
| Secured: | | 134.00 |
| Unsecured: | | 0.00 |
| Priority: | | 0.00 |
| Administrative: | | 622.81 |
| Trustee Fee: | | 43.19 |
| Other Funds: | | 0.00 |
| Totals: | 800.00 | 800.00 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | Robert J Semrad & Associates | Administrative | 3,314.00 | 622.81 |
| 2. | Select Portfolio Servicing | Secured | 0.00 | 0.00 |
| 3. | HomEq Servicing Corp | Secured | 3,478.00 | 134.00 |
| 4. | City Of Chicago | Secured | 182.00 | 0.00 |
| 5. | Select Portfolio Servicing | Secured | 34,105.82 | 0.00 |
| 6. | City Of Chicago | Unsecured | 493.75 | 0.00 |
| 7. | ECast Settlement Corp | Unsecured | 829.60 | 0.00 |
| 8. | ECast Settlement Corp | Unsecured | 482.81 | 0.00 |
| 9. | ECast Settlement Corp | Unsecured | 1,087.36 | 0.00 |
| 10. | HomEq Servicing Corp | Unsecured | 2,914.64 | 0.00 |
| 11. | ECast Settlement Corp | Unsecured | 1,222.68 | 0.00 |
| 12. | Fingerhut Corporation | Unsecured | | No Claim Filed |
| 13. | Computer Credit Service Corp | Unsecured | | No Claim Filed |
| 14. | Sherman Acquisition | Unsecured | | No Claim Filed |
| 15. | Peoples Energy Corp | Unsecured | | No Claim Filed |
| 16. | Midwest Verizon Wireless | Unsecured | | No Claim Filed |
| | | | $ 48,110.66 | $ 756.81 |

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| 5.4% | 43.19 |
| | $ 43.19 |

# IN THE UNITED STATES BANKRUPTCY COURT FOR THE
## NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:**  Mingo-Reavers, Beatrice M                    Case Number:  07 B 08608

                                                         Judge:  Goldgar, A. Benjamin

        Printed:  8/28/07                                Filed:  5/10/07

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

_Denise Ashley_